IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re:<br>BCC SANDUSKY PERMANENT, LLC<br>Debtor | Chapter 11<br>Case No. 17-30905<br>Judge Mary Ann Whipple |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appear in the above-captioned matter on behalf of The Bank of New York Mellon Trust Company National Association, (f/k/a The Bank of New York Trust Company, National Association), as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2007 IQ14 (the "Lender"), and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telegraph, telex, email or otherwise, are to be served electronically upon:

>Kim Martin Lewis, Esq.
>Patrick D. Burns, Esq.
>DINSMORE & SHOHL LLP
>255 East Fifth St., Ste. 1900
>Cincinnati, OH 45202
>Phone: 513-977-8200
>Facsimile: 513-977-8141
>kim.lewis@dinsmore.com
>patrick.burns@dinsmore.com

This appearance and request for notice is without prejudice to Lender's rights, remedies and claims against other entities or any objection that may be made to the subject matter

jurisdiction of the Court and shall not be deemed or construed to submit it to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: March 31, 2017

Respectfully submitted,

**DINSMORE & SHOHL LLP**

*/s/ Patrick D. Burns*
Kim Martin Lewis (OH #0043533)
Patrick D. Burns (OH #0081111)
255 East Fifth St.., Ste. 1900
Cincinnati, OH 45202
Telephone: 513-977-8200
Facsimile: 513-977-8141
kim.lewis@dinsmore.com
patrick.burns@dinsmore.com

*Counsel for Lender*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 31, 2017, a true and accurate copy of this *Notice of Appearance and Request for Notices*, was served on the registered ECF participants, **electronically** through the Court's ECF system at the email address registered with the Court:

Raymond J. Beebe, Counsel for BCC Sandusky Permanent, LLC
RLBCT@buckeye-express.com

Steven L. Diller, Counsel for BCC Sandusky Permanent, LLC
steven@drlawll.com; kim@drlawllc.com; dillon@drlawllc.com

Eric R. Neuman, Counsel for BCC Sandusky Permanent, LLC
eric@drlawllc.com

Office of the U.S. Trustee at (Registered Address)@usdoj.gov

*/s/ Patrick D. Burns*
Patrick D. Burns (OH #0081111)