**Fill in this information to identify the case:**

Debtor name **BCC Sandusky Permanent LLC**

United States Bankruptcy Court for the: NORTHERN DIST OF OHIO

Case number (if known) **17-30905**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 8, 2017**

*X* ***/s/* George W. Fels**
Signature of individual signing on behalf of debtor

**George W. Fels**
Printed name

**Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **BCC Sandusky Permanent LLC** |
| United States Bankruptcy Court for the: NORTHERN DIST OF OHIO |
| Case number (if known) **17-30905** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | **24,465,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | **194,441.88** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | **24,659,441.88** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | **23,790,119.79** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | **97,555.86** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **23,887,675.65** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **BCC Sandusky Permanent LLC**

United States Bankruptcy Court for the: NORTHERN DIST OF OHIO

Case number (if known) **17-30905**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **6937** | **$0.00** |
| 3.2. | **Dollar Bank Account, Receiver** | **Checking** | **1833** | **$22,194.45** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$22,194.45**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | Description | Current value |
|---|---|---|
| 7.1. | **Security Deposits as listed on Attachment # 7** | **$36,013.16** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

9. **Total of Part 2.** **$36,013.16**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **136,234.27** | - | **0.00** | = .... | **$136,234.27** |

12. **Total of Part 3.** **$136,234.27**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **712 Crossing, Perkins Township, Sandusky OH 45242 - Parcel No. 32-02006.004; 715 Crossing, Perkins Township, Sandusky OH 45242 - Parcel No. 32-03439.007; 5203 Milan, Perkins Township, Sandusky OH 45242 - Parcel No. 32-03439.003; and 5205 Milan, Perkins Township, Sandusky OH 45242 - Parcel No. 32-03439.002. Together known as Crossings of Sandusky. NOTE: $24,465,000 at present occupancy of 92%; $26,865,000 at 100% occupancy. Valuation Given per Appraisal of Marcus & Millichap, April 25, 2017. See Attachment # 1** | **Fee Simple** | **$0.00** | **Appraisal** | **$24,465,000.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$24,465,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

- ■ No
- ☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential Claim against Timothy Baird for unauthorized loans from BCC Sandusky Permanent** — **Unknown**

**Nature of claim**
**Amount requested** **$0.00**

**Potiential claim against Matthew Daniels for advancements made on fee charged for sale of property.** — **Unknown**

**Nature of claim** **Claim for unauthorized "loan"**
**Amount requested** **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **BCC Sandusky Permanent LLC** Case number *(If known)* **17-30905**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$22,194.45** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$36,013.16** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$136,234.27** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | **$24,465,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$194,441.88** | + 91b. | **$24,465,000.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$24,659,441.88** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Attachment # 7

| | Security Deposits |
|---|---|
| ABC Warehouse | 19,645.83 |
| Buffalo WW Ramb Co | 6,484.00 |
| Crane Mattress | 5,958.33 |
| Dollar Tree | 0.00 |
| French Nails | 2,125.00 |
| Great Clips | 1,800.00 |
| Home Depot | 0.00 |
| JoAnn | 0.00 |
| MC Sports Michigan | 0.00 |
| Maurices | 0.00 |
| Olive Garden | 0.00 |
| Panera | 0.00 |
| Petco Animal Supplies | 0.00 |
| Sally Beauty | 0.00 |

# Rent Roll

Property: sandusky From Date: 03/01/2017 By Property

| Property | Unit(s) | Lease | Lease Type | Area | Lease From | Lease To | Term | Monthly Rent | Monthly Rent Per Area | Annual Rent | Annual Rent Per Area | Annual Rec. Per Area |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **sandusky - BCC Sandusky Permanent, LLC** | | | | | | | | | | | | |
| **Current Leases** | | | | | | | | | | | | |
| sandusky | 100 | Home Depot USA, Inc. | Retail Gross | 94,871.00 | 2/1/2004 | 1/31/2024 | 240.00 | 38,333.33 | 0.40 | 460,000.00 | 4.85 | 0.00 |
| sandusky | 1000 | ABC Appliance, Inc. | Retail Net | 20,500.00 | 7/6/2006 | 7/31/2021 | 181.00 | 21,883.75 | 1.07 | 262,605.00 | 12.81 | 2.87 |
| sandusky | 1100 | Petco Animal Supplies Stores, Inc. | Retail Net | 15,000.00 | 5/10/2006 | 7/31/2024 | 219.00 | 17,187.50 | 1.15 | 206,250.00 | 13.75 | 1.19 |
| sandusky | 1300 | French Nails & Spa, LLC | Retail Net | 1,500.00 | 6/1/2006 | 12/31/2017 | 139.00 | 2,312.50 | 1.54 | 27,750.00 | 18.50 | 4.01 |
| sandusky | 1400 | Zamp Enterprises, Inc. | Retail Net | 1,200.00 | 6/1/2006 | 5/31/2021 | 180.00 | 1,710.00 | 1.42 | 20,520.00 | 17.10 | 4.38 |
| sandusky | 1500 | Ramb Co. Sandusky, LLC | Retail Net | 4,800.00 | 4/1/2007 | 3/31/2022 | 180.00 | 7,184.00 | 1.50 | 86,208.00 | 17.96 | 4.23 |
| sandusky | 1700 | Panera, LLC Store #0970 | Retail Net | 4,843.00 | 9/7/2005 | 12/31/2025 | 244.00 | 9,686.00 | 2.00 | 116,232.00 | 24.00 | 6.51 |
| sandusky | 300 | Dollar Tree Stores, Inc. #775 | Retail Net | 10,000.00 | 7/25/2006 | 1/31/2027 | 247.00 | 8,541.67 | 0.85 | 102,500.00 | 10.25 | 2.18 |
| sandusky | 400 | Jo-Ann Stores, LLC | Retail Net | 16,000.00 | 3/1/2015 | 2/28/2025 | 120.00 | 11,666.67 | 0.73 | 140,000.04 | 8.75 | 1.75 |
| sandusky | 700 | Sally Beauty Supply LLC | Retail Net | 2,000.00 | 8/1/2006 | 7/31/2021 | 180.00 | 3,025.00 | 1.51 | 36,300.00 | 18.15 | 3.30 |
| sandusky | 800 | Tolfin Corporation | Retail Net | 6,500.00 | 7/7/2014 | 9/30/2019 | 63.00 | 2,275.00 | 0.35 | 27,300.00 | 4.20 | 3.00 |
| sandusky | 900 | Maurices Incorporated | Retail Net | 4,575.00 | 7/21/2006 | 1/31/2020 | 163.00 | 5,242.18 | 1.15 | 62,906.16 | 13.75 | 3.21 |
| sandusky | OL1 | GMRI, Inc. | Retail Net | 0.00 | 3/20/2005 | 3/31/2020 | 181.00 | 7,186.67 | 0.00 | 86,240.00 | 0.00 | 0.00 |
| sandusky | 1200 | VACANT | | 1,940.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| sandusky | 600 | VACANT | | 13,500.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| sandusky | NT02 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Current** | | | | **197,229.00** | | | | **136,234.27** | **0.69** | **1,634,811.20** | **8.29** | **1.18** |

| | Total Units | Total Area | Percentage | Monthly Rent | Annual Rent |
|---|---|---|---|---|---|
| Occupied | 13.00 | 181,789.00 | 92.17 | 136,234.27 | 1,634,811.20 |
| Vacant | 3.00 | 15,440.00 | 7.83 | 0.00 | 0.00 |
| **Total** | **16.00** | **197,229.00** | | **136,234.27** | **1,634,811.20** |

Attachment # 55

Marcus & Millichap

5005 Rockside Road
Suite 1100
Cleveland, OH 44131
Tel: (216) 264-2000
Fax: (216) 264-2010
www.MarcusMillichap.com

April 25, 2017

Mr. Matt Daniels
Meridian Realty Capital, LLC
9380 Montgomery Road, Suite 202
Cincinnati, Ohio 45242

Dear Mr. Matt Daniels,

Please find enclosed our broker opinion value for Crossings at Sandusky in Sandusky, Ohio. We evaluated the asset using the income approach and priced the property under two different scenarios. The first scenario prices the property as-is, at the current occupancy of 92 percent. The second scenario prices the property based on projected net operating income at 100 percent occupancy. Both scenarios assign market capitalization rates to the inline shopping center space, freestanding Olive Garden, and freestanding Panera Bread, and then aggregate the individual asset prices to establish the total value. In our analysis, you will find that our valuation of Crossings at Sandusky as-is at 92 percent occupancy is $24,465,000 and our pro forma valuation of the property at 100 percent occupancy is $26,865,000.

Based out of Cleveland and Columbus, Ohio, the Patton | Wiles | Fuller Group of Marcus & Millichap is a top retail brokerage team in the Midwest, and a top 15 broker of retail shopping centers across all firms nationally. We have a vast track record of closing similar deals, having brokered more than a dozen shopping center transactions in excess of $15 Million in value, including nine shopping center assets between $15 million and $35 million in value in Ohio over the past few years. Since 2015, the Patton | Wiles | Fuller Group has closed the sale of 163 properties, totaling $642 million in sales dollars and 7.1 million square feet of space throughout 22 states. Please contact me at 216-264-2043 or at cfuller@ipausa.com with any questions or to discuss further.

Sincerely,

Craig Fuller
First Vice President Investments
Senior Director, Institutional Property Advisors
Senior Director, National Retail Group

**Fill in this information to identify the case:**

Debtor name **BCC Sandusky Permanent LLC**

United States Bankruptcy Court for the: NORTHERN DIST OF OHIO

Case number (if known) **17-30905**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Erie County Treasurer | **$10,787.28** | **$24,465,000.00** |
| 2.2 The Bank of New York Trust Company | **$23,779,332.51** | **$24,465,000.00** |

**2.1 Erie County Treasurer**
Creditor's Name

**247 Columbus Ave**
**Sandusky, OH 44870**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**tTax**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Erie County Treasurer**
**2. The Bank of New York Trust Company**

**Describe debtor's property that is subject to a lien**
**712 Crossing, Perkins Township, Sandusky OH 45242 - Parcel No. 32-03439.003**

**Describe the lien**
**Real Estate Taxes Due**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**2.2 The Bank of New York Trust Company**
Creditor's Name

**400 S. Hope Street**
**Los Angeles, CA 90071**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**712 Crossing, Perkins Township, Sandusky OH 45242 - Parcel No. 32-02006.004; 715 Crossing, Perkins Township, Sandusky OH 45242 - Parcel No. 32-03439.007; 5203 Milan, Perkins Township, Sandusky OH 45242 - Parcel No. 32-03439.003; and 5205**

**Describe the lien**
**Mortgage, UCC-1 and Assignment of Rents**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Date debt was incurred**
**03-22-2007; Claim amount as of 10-06-2016**
**Last 4 digits of account number**
**9677**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$23,790,119.79**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **C-III Management**<br>**522 1 N. O'Connor Blvd. Suite 600**<br>**Irving, TX 75039** | Line **2.2** | |
| **Erie County Auditor**<br>**247 Columbus Ave Rm 210**<br>**Sandusky, OH 44870-2635** | Line **2.1** | |
| **Joseph C Krella, Esq**<br>**Fifth Third Center**<br>**1 South Main St Suite 1300**<br>**Dayton, OH 45402** | Line **2.2** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **BCC Sandusky Permanent LLC**

United States Bankruptcy Court for the: NORTHERN DIST OF OHIO

Case number (if known) **17-30905**

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**Marshall & Melhorn, LLC**
**Attn: Benjamin Heywood**
**Four Seagate 8th Floor**
**Toledo, OH 43604-6894**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** legal fees and expenses

Is the claim subject to offset? ■ No ☐ Yes

**$51,155.86**

**3.2** **Nonpriority creditor's name and mailing address**

**Randal J Goodman**
**Goodman Real Estate Services Grou**
**25333 Cedar Rd Suite 305**
**Cleveland, OH 44124**

**Date(s) debt was incurred** 03-03-2015

**Last 4 digits of account number** 7805

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Broker Fees

Is the claim subject to offset? ■ No ☐ Yes

**$46,400.00**

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 97,555.86 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 97,555.86 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 26187 Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BCC Sandusky Permanent LLC** |
| United States Bankruptcy Court for the: | NORTHERN DIST OF OHIO |
| Case number (if known) | **17-30905** |

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease** | **ABC Appliance, Inc.**<br>**One Silverdome Industrial Park**<br>**Pontiac, MI 48343** |
| | State the term remaining | **Expires July 31, 2021** | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement for commercial real estate commenced 12-6-2013.** | **American Capital Partners Mngmnt LL**<br>**9380 Montgomery Road, Suite 202**<br>**Cincinnati, OH 45242** |
| | State the term remaining | **Until Termination by Owner** | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease** | **Darden**<br>**1000 Darden Center Drive**<br>**PO Box 695016**<br>**Orlando, FL 32869-5016** |
| | State the term remaining | **March 21, 2020** | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease** | **Dollar Tree Stores, Inc.**<br>**500 Wolvo Parkway**<br>**Chesapeake, VA 23320** |
| | State the term remaining | **Expires January 31, 2027** | |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

 ## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease** | |
| | State the term remaining | **Expires December 31, 2017** | **French Nails & Spa, LLC**<br>**808 Crossings Rd**<br>**Sandusky, OH 44870** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - Olive Garden** | |
| | State the term remaining | **Expires March 20, 2020** | **GMRI, Inc.**<br>**5900 Lake Ellenor Drive**<br>**Orlando, FL 32809** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease** | |
| | State the term remaining | **Expires 0131/2024** | **Home Depot**<br>**2455 Paces Ferry Road NW**<br>**Atlanta, GA 30339-4024** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease** | |
| | State the term remaining | **Expires February 28,b2025** | **Jo-Ann Stores, LLC**<br>**5555 Darrow Road**<br>**Hudson, OH 44236** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease** | |
| | State the term remaining | **Expires January 31, 2020** | **Maurices Incorporated**<br>**105 W Superior Street**<br>**Duluth, MN 55802** |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease** | |
| | State the term remaining | **Expires December 31, 2025** | **Panera, LLC**<br>**Three Charles River Place**<br>**63 Kendrick Street**<br>**Needham Heights, MA 02494** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

 ## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| government contract | | |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease** | |
| State the term remaining | **Expires July 31, 2024** | **Petco Animal Supplies Stores, Inc.**<br>**654 Richland Hills Drive**<br>**San Antonio, TX 78245** |
| List the contract number of any government contract | | |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease - Buffalo Wild Wings** | |
| State the term remaining | **Expires March 31, 2022** | **RAMB CO. Sandusky, LLC**<br>**2095 Ravenna Street**<br>**Hudson, OH 44236** |
| List the contract number of any government contract | | |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease** | |
| State the term remaining | **Expires July 31, 2021** | **Sally Beauty Supply LLC**<br>**3001 Colorado Blvd**<br>**Denton, TX 76210** |
| List the contract number of any government contract | | |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease** | |
| State the term remaining | **Expires September 30, 2019** | **Tolfin Corporation**<br>**DBA Crane's Mattress Supersotre**<br>**1922 Tiffin Avenue**<br>**Findlay, OH 45840** |
| List the contract number of any government contract | | |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Retail Lease Great Clips** | |
| State the term remaining | **Expires May 31, 2021** | **Zamp Enterprises, Inc.**<br>**2208 Wellington Circle**<br>**Hudson, OH 44236** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BCC Sandusky Permanent LLC** |
| United States Bankruptcy Court for the: | NORTHERN DIST OF OHIO |
| Case number (if known) | **17-30905** |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BCC Sandusky Permanent LLC** |
| United States Bankruptcy Court for the: | NORTHERN DIST OF OHIO |
| Case number (if known) | **17-30905** |

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$406,848.35** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1,702,779.70** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$2,041,133.00** |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

17-30905-maw Doc 55 FILED 05/08/17 ENTERED 05/08/17 17:04:32 Page 18 of 29

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Pam Ferrell Erie County Treasurer 247 Columbus Avenue Sandusky, OH 44870** | **02-17-2017** | **$78,863.35** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Real Estate Taxes** |
| 3.2. **Jo-Ann Stores, LLC 5555 Darrow Rd Hudson, OH 44236** | **03-02-2017** | **$309,534.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Tenant Improvements** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **American Capital Partners Management LLC 9380 Montgomery Rd Suite 202 Cincinnati, OH 45242 Equity Holder** | **4-4-2016, 4-12-2016, 4-12-2016, 4-20-2016, 4-27-2016, 5-5-2016, 5-5-2016, 5-16-2016** | **$168,217.80** | **Payment per agreement with Debtor** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **The Bank or New York Mellon Trust Company vs BCC Sandusky Permanent, LLC et al**<br>**16-CV-00393** | **Foreclosure and Motion for Appointment of Reciever** | **United States District Court**<br>**Northern District of Ohio**<br>**L. Ashley US Courthouse**<br>**1716 Spielbusch Avenue**<br>**Toledo, OH 43604** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Nai Daus (Court appointed reciever)**<br>**BPS Management INC.**<br>**Ira Krumholz. CPM**<br>**2324 Chagrin Blvd, suite 250**<br>**Cleveland, OH 44122** | | **Unknown** |
| | Case title<br>**The Bank or New York Mellon Trust Compan**<br>Case number<br>**16-CV-00393**<br>Date of order or assignment<br>**June 8, 2016** | Court name and address<br>**United Stated District Court**<br>**Northern District of Ohio**<br>**1716 Speilbusch**<br>**Toledo, OH 43604-5363** |

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Raymond L Beebe Co LPA**<br>**1107 Adams St**<br>**Toledo, OH 43604** | | **04/26/2016 and 06/9/2016** | **$40,000.00** |

**Email or website address**
**Raybblaw@buckeye-express.com**

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.2. | **Marshall and Melhorn**<br>**Four SeaGate 8th Floor**<br>**Toledo, OH 43604-1599** | | **03-15-2016** | **$25,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **George Fels**<br>**9380 Montgomery Road Suite 202**<br>**Cincinnati, OH 45242** | **12-2013 through 05-15-2016** |
| 26a.2. | **Jim Sigman**<br>**560 East Fourth Street Unit Q**<br>**Cincinnati, OH 45202-3313** | |
| 26a.3. | **Donna Lunik**<br>**Meridian Realty Capital LLC**<br>**9380 Montgomery Road Suite 202**<br>**Cincinnati, OH 45242** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **George Fels**<br>**9830 Mongomery Rd Suite 202**<br>**Cincinnati, OH 45242** | |
| 26b.2. | **Jim Sigman**<br>**James Sigman & Company**<br>**560 East Fourth Street Unit Q**<br>**Cincinnati, OH 45202-3313** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **George Fels**<br>**9830 Montgomery Rd Suite 202**<br>**Cincinnati, OH 45242** | |
| 26c.2. | **Donna Lunik**<br>**9380 Montgomery Road Suite 202**<br>**Cincinnati, OH 45242** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **George W. Fels** | **9050 Plainfield Rd Suite 3**<br>**Cincinnati, OH 45236** | **Manager, Court Appointee Exercising Managerial and Voting Authority associated with the Membership interests of Timothy S. Baird by appoint of the Hamilton County Court of Common Pleas under Order issued December 6, 2013 in Case No. A1201593** | **41.25** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **American Capital Partners Mgmnt**<br>**9380 Montgomery Rd Suite 202**<br>**Cincinnati, OH 45242** | **Commission Per Agreement $ 297,000.00** | **08-21-2015** | **Management Agreement** |
| | Relationship to debtor<br>**Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

17-30905-maw Doc 55 FILED 05/08/17 ENTERED 05/08/17 17:04:32 Page 25 of 29

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 8, 2017**

**/s/ George W. Fels**
Signature of individual signing on behalf of the debtor

**George W. Fels**
Printed name

Position or relationship to debtor **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern Dist of Ohio

In re **BCC Sandusky Permanent LLC** Debtor(s) — Case No. **17-30905** Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **40,000.00** |
| Prior to the filing of this statement I have received | $ | **40,000.00** |
| Balance Due | $ | **0.00** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor ■ Other (specify): **$10,000.00 recieved from Debtor & $30,000.00 recieved from LAD Holdings, Inc**

4. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **See Application for Retention of Counsel for full disclosure of Retention of Legal counsel and allocation of compenstaion**

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Negotiations with secured creditors, assist in preparing a plan of reoranization and/or other matters related to the rehabilitation of Debtor**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 8, 2017**
*Date*

**/s/ Raymond L Beebe**
**Raymond L Beebe #0027096**
*Signature of Attorney*
**Raymond L Beebe Co LPA**
**1107 Adams St**
**Toledo, OH 43604**
**(419) 244-8500 Fax: (419) 244-8538**
**Raybblaw@buckeye-express.com**
*Name of law firm*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern Dist of Ohio

In re **BCC Sandusky Permanent LLC** Debtor(s) Case No. **17-30905** Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AM Capital Holding LLC<br>9380 Montgomery Road Suite 202<br>Cincinnati, OH 45242** | | | **Member - 3%** |
| **George W. Fels Court Appointee for Timothy S. Baird<br>9050 Plainfield Rd, Suite 3<br>Cincinnati, OH 45236** | | | **Member - 41.25%** |
| **LAD Holdings<br>9380 Montgomery Rd Suite 202<br>Cincinnati, OH 45242** | | | **Member - 41.25%** |
| **Mark Zelnik<br>500 Trillium Drive<br>Galloway, OH 43119** | | | **Member - 5%** |
| **Nicole Chimento (Harris)<br>5097 Shattuc Ave<br>Cincinnati, OH 45208** | | | **Member - 2.5 %** |
| **Sandy Bradshaw<br>483 Conestoga Drive<br>Columbus, OH 43213** | | | **Member - 5%** |
| **Tina Heink Schmidt<br>3946 Mariah Dr.<br>Eagle River, AK 99577** | | | **Member 1%** |
| **William Tippman<br>7533 Pinehurst Dr.<br>Cincinnati, OH 45244** | | | **Member - 1%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 8, 2017** Signature ***/s/* George W. Fels**
**George W. Fels**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern Dist of Ohio

In re **BCC Sandusky Permanent LLC** Debtor(s)

Case No. **17-30905**
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 8, 2017**

**/s/ George W. Fels**
**George W. Fels**/**Manager**
Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy